### HUNTER vs. SMITH.

APPEAL from the court of the sixth district.

PORTE, J. delivered the opinion of the court.
The questions at issue in this suit require the
examination and settlement of intricate ac-
counts. The cause is presented to us in such
a shape, that we are unable to act on it with

Answers to in-
terrogatories
cannot be divi-
ded.

HUNTER
vs.
SMITH.

the confidence of doing justice between the parties; it must therefore be remanded. The plaintiff had judgment in the court below for $1173 92 cents. Admitting the item of the two notes to be established, the balance due was not correctly struck, according to the evidence before us, for no credit is allowed for the payment of 613 dollars, sworn to in the defendant's answer to the interrogatories. The judge considered he had a right to separate the different parts of the answer, but in this he clearly erred—the whole must be taken together. *C. Code*, 316, *art.* 264, 11 *Martin*, 217, 1 *Martin*, 534, *Pothier des ob.* 827, *p.* 2, *lib.* 3, §7, *no.* 285.

It is therefore ordered adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, that the cause be remanded for a new trial, and that the appellee pay the costs of the appeal.

*Thomas* for the plaintiff, *Baldwin* for the defendant.